IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CJ ADVERTISING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:10-0214 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| WHITEHARDT, INC., KEVIN WHITE, and | ) | |
| GORDON J. MCKERNAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

It is hereby **ORDERED** that the Clerk shall **TERM** the Motion to Dismiss (Docket No. 24) as **MOOT**.

It is so **ORDERED**.

ENTER this 24th day of May 2010.

_____
ALETA A. TRAUGER
U.S. District Judge