Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CJ ADVERTISING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-00214 |
| ) | Judge Aleta A. Trauger |
| WHITEHARDT, INC., KEVIN WHITE ) | |
| and THE MCKERNAN LAW FIRM, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

The defendant, The McKernan Law Firm, PLLC ("The McKernan Law Firm"), pursuant to Local Rule 7.01(b), seeks leave of court to file a Reply Memorandum in support of its Motion to Dismiss Pursuant to Rule 12(b)(2) and 12(b)(3). The filing of the Reply Memorandum is necessary to: 1) correct factual misstatements made by CJ Advertising, Inc. in its response; 2) address newly asserted facts raised by CJ Advertising, Inc. in its response; and 3) address the propriety of granting CJ Advertising, Inc.'s request for leave to conduct jurisdictional discovery. A copy of the proposed Reply Memorandum is attached to this Motion.

WHEREFORE, defendant The McKernan Law Firm requests the Court grant its motion for leave to file a Reply Memorandum in support of its Motion to Dismiss Pursuant to Rule 12(b)(2) and 12(b)(3).