UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CJ ADVERTISING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:10-0214 |
| | ) Judge Trauger |
| v. | ) |
| | ) |
| WHITEHARDT, INC., KEVIN WHITE, | ) |
| and THE McKERNAN LAW FIRM, PLLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss Pursuant to Rule 12(b)(2) and 12(b)(3) filed by defendant The McKernan Law Firm, PLLC (Docket No. 36) is **DENIED**.

It is further **ORDERED** that the initial case management conference shall be held on September 10, 2010 at 1:00 p.m.

It is so ordered.

Enter this 18th day of August 2010.

_____
ALETA A. TRAUGER
United States District Judge