IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CJ ADVERTISING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-cv-00214 |
| | ) | |
| v. | ) | Judge Aleta A. Trauger |
| | ) | |
| WHITEHARDT, INC., KEVIN WHITE and THE MCKERNAN LAW FIRM, | ) ) | Magistrate Judge Juliet Griffin |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## ORDER

Considering the Unopposed Motion to Participate Telephonically filed by Defendant, The McKernan Law Firm, PLLC, on September 9, 2010:

IT IS HEREBY ORDERED that the Motion is GRANTED. The Court will contact attorney Michael K. Leachman of the Jones Walker law firm at 225-248-2420 to participate in the Case Management Conference scheduled for September 10, 2010 at 1:00 PM.

Entered this \_\_9th\_\_ day of September, 2010.

_____
Aleta A. Trauger
U.S. District Judge

{B0683453.1}